UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**ING INSURANCE SA, et als.,**
**Plaintiffs**

    **v.**

**SERGIO LOPEZ LOTTY, and**
**EUROLEASE**
**Defendants**

CIVIL NO.: 05-1647(DRD)

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/7/05<br>[X] **Plff**  [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL<br><br>**DOCKET NO. 3** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal. They request the Court to dismissed the herein case. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendant herein have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Judgment will be issued accordingly. |

**Date**: October 11, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**